**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00380-CV

**RICHARD A. MYERS, ET AL., Appellants**

**V.**

**LINDA PAVLIK, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

We **GRANT** appellants' September 10, 2013 unopposed second motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before Monday, September 30, 2013.

/s/ DAVID LEWIS
JUSTICE